IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENISE E. LINSKY,                                              No. C 07-03482 SI

       Plaintiff,                                                     **JUDGMENT**

  v.

MICHAEL J. ASTRUE,

       Defendant.
                                        /

       The parties' cross-motions for summary judgment are denied and the matter is remanded for further administrative proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 20, 2008

                                                          SUSAN ILLSTON
                                                          United States District Judge