**SOCIAL SECURITY ADMINISTRATION**
OFFICE OF DISABILITY ADJUDICATION AND REVIEW

**ORDER OF APPEALS COUNCIL**
REMANDING CASE TO ADMINISTRATIVE LAW JUDGE

**In the case of**                    **Claim for**

                                      Period of Disability and
Denise E. Linsky                      Disability Insurance Benefits
(Claimant)


_____          ████ 5036
(Wage Earner) (Leave blank if same as above)   (Social Security Number)

The U.S. District Court for the Northern District of California (Civil Action Number C 07-03482 SI) has remanded this case to the Commissioner of Social Security for further administrative proceedings in accordance with the fourth sentence of section 205(g) of the Social Security Act.

Therefore, the Appeals Council vacates the final decision of the Commissioner of Social Security and remands this case to an Administrative Law Judge for further proceedings consistent with the order of the court.

In addition, the claimant's earnings record reflects that for the years of 2005, 2006 and 2007, the claimant had earnings in the amount of $3406.83, $11,948.31 and $9263.87. However, the record is not clear on the basis of the claimant's earnings and whether her earnings represent an unsuccessful work attempt in accordance with 20 CFR 404.1574. Therefore, on remand the Administrative Law Judge should develop the record further to clarify the record concerning the claimant's earnings and possible work activity.

In compliance with the above, the Administrative Law Judge will offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record and issue a new decision.

                                        APPEALS COUNCIL

                                        *Patricia A. Jonas*

                                        ORIGINAL SIGNED BY
                                        Patricia A. Jonas
            **JUN 1 9 2008**            Administrative Appeals Judge
Date: